IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GABRIEL SANCHEZ, )
)
Plaintiff, )
)
vs. )        Case No.
)
WORD OF LIFE MINISTRIES AND )
SCHOOLS, INC., )
)
Defendant. )

## TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF KANSAS

PLEASE TAKE NOTICE that Defendant Word of Life Ministries and Schools, Inc. ("Word of Life"), respectfully submits this Notice of Removal of this civil action from the District Court of Sedgwick County, State of Kansas, *Gabriel Sanchez v. Word of Life Ministries and Schools, Inc.*, Case No. SG-2024-CV-002306, to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1331, 1446(b)(2)(B), and 1441(b) based on federal question jurisdiction.

In support of this Notice of Removal, Word of Life states and avers as follows:

### PROCEDURAL BACKGROUND

1.      Plaintiff Gabriel Sanchez ("Plaintiff"), commenced the subject state court civil action by filing a Petition in the District Court of Sedgwick County, State of Kansas, on or about November 26, 2024, styled *Gabriel Sanchez v. Word of Life Ministries and Schools, Inc.*, Case No. SG-2024-CV-002306 (the "State Court Action"). *See* Exhibit A.

2.      The Petition and Summons were received by Word of Life on December 13, 2024. *See* Exhibit B.

WSABEOP0\102762868.v1

3.    All of the pleadings, process, orders, and other documents filed in the State Court Action are simultaneously submitted herewith as Exhibit C.

## BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION

4.    Under 28 U.S.C. §§ 1331, 1441(a), and 1446(b)(2)(B), any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by a defendant to the district court of the United States for the district and division embracing the place where the state court action is pending.

5.    District courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.

6.    Plaintiff's Petition states that "Defendant is an enterprise engaged in commerce under the FLSA." (Exhibit A at ¶ 36).

7.    Plaintiff's Petition further states that "Defendant's termination of Plaintiff violated the Equal Pay Act and Kansas law insofar as he was pursuing pay equity." (Exhibit A at ¶ 37).

8.    Plaintiff raises no state law claims within his Petition.

9.    As such, all claims in the Petition are based on the Fair Labor Standards Act (FLSA) and the Equal Pay Act (EPA) of 1963, federal laws. Thus, based on the face of the complaint, the determination of the suit depends upon a question of federal law. *Pan Am. Petroleum Corp. v. Superior Ct. of Del. In & For New Castle Cnty.*, 366 U.S. 656, 663 (1961).

10.    This Court thus has original jurisdiction over this action.

## TIMELINESS OF REMOVAL

11.    Pursuant to 28 U.S.C. § 1446(b)(2)(B), "[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal."

12.    Word of Life was served with the Petition and Summons on December 13, 2024.

2

13.     This Notice of Removal is timely filed because it was filed within "30 days after" said date when Defendant was formally served with the Petition and Summons. *Brown v. Tokio Marine & Fire Ins. Co.*, 284 F.3d 871, 873 (8th Cir. 2002) ("the law is settled in this Circuit that the thirty-day period to file a notice of removal runs from the time that a defendant is served with the complaint. . ."). Thirty days after December 13, 2024 is January 12, 2025.

### VENUE

14.     Venue is proper in this district and division because the State Court Action was filed and is pending in the District Court of Sedgwick County, State of Kansas, which is located within the United States District Court for the District of Kansas.

### COMPLIANCE WITH REMOVAL PROCEDURES

15.     Word of Life has complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446.

16.     As noted above, the Notice of Removal was filed within 30 days of the formal service of the Summons and the Petition upon Word of Life.

17.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, including the Exhibits, shall be served on Plaintiff.

18.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, including the Exhibits, will be filed with the District Court of Sedgwick County, State of Kansas, Case No. SG-2024-CV-002306.

**WHEREFORE**, for the foregoing reasons, Defendant Word of Life Ministries and Schools, Inc. hereby removes this action from the District Court of Sedgwick County, State of Kansas, to the United States District Court for the District of Kansas.

WSABEOP0\102762868.v1

Dated: January 10, 2024.

WALLACE SAUNDERS, CHARTERED

BY:  */s/ Marty T. Jackson*
Marty T. Jackson     KS #14188
Lauren E. Lindell     KS #29945
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000
(913) 888-1065/FAX
mjackson@wallacesaunders.com
llindell@wallacesaunders.com

ATTORNEYS FOR DEFENDANT WORD OF
LIFE MINISTRIES AND SCHOOLS, INC.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of January 2025, a copy of the foregoing was electronically filed using the Court's CM-ECF system, and served by email transmission to the following counsel of record:

Troy H. Gott
BRENNAN GOTT LAW, PA
218 N. Mosley
Wichita, Kansas  67202
troy@brennangottlaw.com

Sean McGivern
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley Street
Wichita, Kansas  67202
sean@graybillhazlewood.com

ATTORNEYS FOR PLAINTIFF

*/s/ Marty T. Jackson*
For the Firm

4